_____

**SO ORDERED,**



*[signature]*

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 CASE NO.:** |
| **TM GARRET SCHMID and** | |
| **CARMEN BROWN SCHMID** | **23-12874-JDW** |

### AGREED ORDER RESCHEDULING § 341 MEETING OF CREDITORS, EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION, AND RESETTING CONFIRMATION HEARING

On consideration before the Court is the *Joint Ore Tenus* Motion of the Debtors and Locke D. Barkley, the Chapter 13 Trustee (the "Trustee"), to reschedule the § 341 Meeting of Creditors, to extend the deadline for filing objections to confirmation of the Chapter 13 Plan (the "Plan"), and to reset the confirmation hearing. The Court finds that the *Ore Tenus* Motion should be granted.

**IT IS THEREFORE ORDERED THAT**:

1. The § 341 Meeting of Creditors is hereby reset to **November 28, 2023, at 3:40 p.m.**, which shall be conducted virtually via Zoom (the "Reset Meeting").

2. At least five (5) minutes prior to the Reset Meeting, the Debtors, counsel for the Debtors, and other interested parties must follow the instructions below to access Zoom:

    a. Go to **www.Zoom.us/join**

    b. Enter Meeting ID: **819 551 8551**

    c. Enter Passcode: **1224180770**

3. Only creditors and other interested parties can join the Reset Meeting via telephone by dialing **1-662-350-8846 and pressing #**.

4. Failure by the Debtors to participate in the Reset Meeting may result in the dismissal of this case without further notice or hearing.

5. The Objection to Confirmation Deadline is hereby extended until **December 14, 2023.**

6. The Confirmation Hearing is hereby reset to **January 9, 2024, at 1:30 p.m., at the the U.S. Federal Building, 911 Jackson Avenue, Oxford, Mississippi 38655**. If no objection is timely filed, the Plan may be confirmed without a hearing.

7. Within two (2) days of the entry of this Agreed Order, the Debtors shall serve a copy of this Agreed Order to all creditors and/or all interested parties listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr. P. 2002(a)(9) and (b)(3) and file a certificate of service with the Court, which includes a copy of this Agreed Order and a record of the parties served. Failure to timely serve this Agreed Order and file a certificate of service may result in the case being dismissed without further notice or hearing.

**##END OF ORDER##**

**Prepared and Submitted By:**

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com

**Approved and Agreed By:**


**/s/** Robert H. Lomenick, Jr.
ROBERT H. LOMENICK, JR.
Counsel for the Debtors