___



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 CASE NO.:** |
| **TM GARRET SCHMID and** | |
| **CARMEN BROWN SCHMID** | **23-12874-JDW** |

### AMENDED AGREED ORDER SUSTAINING IN PART
### OBJECTION TO CONFIRMATION OF
### <u>FIRST AMENDED CHAPTER 13 PLAN (DKT. #35)</u>

This Agreed Order amends the Agreed Order Sustaining in Part Objection to Confirmation of First Amended Chapter 13 Plan (Dkt. #35) (Dkt. #40). Amendments are shown in *italics.*

THIS CAUSE came before the Court on the Objection to Confirmation of First Amended Chapter 13 Plan (Dkt. #31) (Dkt. #35) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), and the Court having been advised that the parties have reached an agreement with respect to the Objection and that they desire to memorialize their agreement in this Agreed Order, the Court finds that the agreement of the parties is appropriate and

should be set forth herein. The Court does hereby order and adjudicate as follows:

1. The Objection shall be and is hereby sustained in part.

2. Confirmation of the First Amended Chapter 13 Plan (Dkt. #31) shall be and is hereby denied.

3. Within fourteen (14) days of entry of this Agreed Order, the Debtors shall file a second amended Chapter 13 plan to resolve the issues presented in the Objection.

4. Failure to comply with the terms of this Agreed Order may result in the dismissal of this case without further notice or hearing.

6. Should the Debtors become sixty (60) days or more delinquent in Chapter 13 plan payments, calculated from *April 1, 2024*, this case may be dismissed by subsequent order without further notice or hearing.

7. Should the Debtors remain current in scheduled plan payments for a consecutive twelve (12) month period commencing in *April* 2024 the strict compliance provision in paragraph six (6) shall be unenforceable thereafter.

8. The terms of this Agreed Order shall be applicable to any subsequently filed amended Chapter 13 plans.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick, Jr.
ROBERT H. LOMENICK, JR.
ATTORNEY FOR DEBTORS

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392